■ RUTH B. MOON, Respondent, v S. ROSS MACKAY et al., Respondents, and HIGHLAND HOSPITAL, Appellant. (And Five Other Actions.)—Order unanimously affirmed, with costs. Memorandum: Full disclosure of all material and necessary evidence is the broad rule posited by CPLR 3101 (subd [a]). Among the limited exceptions is the one at issue here, i.e., the qualified immunity granted material prepared for litigation (CPLR 3101, subd [d]). The record reveals that the material sought to be discovered was an "incident report" made during the course of plaintiff's surgery and submitted by a nurse to her employer, the defendant hospital. The conflicting affidavits presented are insufficient for the hospital to sustain its burden that the "incident report" was material prepared solely for litigation (*Koump v Smith,* 25 NY2d 287, 294). (Appeal from order of Monroe Supreme Court—discovery.) Present—Marsh, P. J., Cardamone, Simons, Dillon and Schnepp, JJ.

■

## (September 29, 1978)

■ SUSAN DRECHSEL as Administratrix of the Estate of GILBERT STEPHENS, Deceased, Appellant, v LOBLAW, INC., Respondent. (Appeal No. 1.)— Judgment unanimously reversed, without costs, and new trial granted upon the stipulation of counsel entered into in open court. Same memorandum as in *Stephens v Loblaw, Inc.,* 64 AD2d 1022). (Appeal from judgment of Erie Supreme Court—negligence.) Present—Moule, J. P., Cardamone, Dillon, Hancock, Jr., and Schnepp, JJ.